1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   MARK MIGUEL, ET AL.,
                                              No. C 04-5324 MJJ
12                Plaintiffs,
                                              **ORDER GRANTING DEFENDANT'S**
13      v.                                    **MOTION FOR SUMMARY JUDGMENT**

14   INLAND PAPERBOARD AND PACKAGING,
     INC.,
15                Defendant.

16   _____/

17

18        Before the Court is Defendant Inland Paperboard and Packaging, Inc.'s ("Defendant")

19   motion for summary judgment.  In their response to Defendant's motion, Plaintiffs "concede that the

20   Court's orders to date dictate judgment for defendant" on preemption grounds.  (Response at

21   1:20–2:3.)  Accordingly, the Court **GRANTS** summary judgment in Defendant's favor.

22        Plaintiffs do object to Defendant's request for attorney's fees, however.  Attorney's fees are

23   awarded only in exceptional circumstances, or where authorized by contract or statute.  *Alyeska*

24   *Pipeline Serv. Co. v. Wilderness Society*, 421 U.S. 240, 247, 257 (1975).  Section 301 of the Labor

25   Management Relations Act, which preempts Plaintiffs' claims here, does not authorize the award of

26   attorney's fees to prevailing parties.  *Seattle Times Co. v. Seattle Mailers' Union*, 664 F.3d 1366,

27   1370 (9th Cir. 1982).  Accordingly, the Court agrees with Plaintiffs that an award of attorney's fees

28   would not be appropriate here and **DENIES** Defendant's request.  Oral argument on Defendant's

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1   summary judgment motion, currently scheduled for June 21, 2005, is hereby **VACATED**.

2       This Order terminates docket entry no. 14.

3

4       **IT IS SO ORDERED.**

5

   Dated: May_17_, 2005

6                                                    __/s/_____

7                                                    MARTIN J. JENKINS
                                                     UNITED STATES DISTRICT JUDGE



8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2