IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK MIGUEL, ET AL.,

        Plaintiffs,

v.

INLAND PAPERBOARD AND PACKAGING, INC.,

        Defendant.

No. C 04-5324 MJJ

**ORDER**

    On May 10, 2005, Defendant Inland Paperboard and Packaging, Inc. ("Defendant") filed a motion for class certification. Already pending was Defendant's motion for summary judgment. On May 17, 2005, after receiving Plaintiffs' statement of non-opposition to Defendant's motion for summary judgment, the Court granted summary judgment in Defendant's favor. On June 1, 2005, Defendant withdrew its motion for class certification. Accordingly, oral argument on Defendant's class certification motion, currently scheduled for June 14, 2005, is hereby **VACATED**.

    The Court notes that Plaintiffs have appealed the Court's April 4, 2005 Order denying their motion for remand. Should the Ninth Circuit determine that the Court erred in finding Plaintiffs' claims preempted and remand the case to state court, nothing in this Order shall preclude Defendant (or Plaintiffs) from seeking class certification at that juncture.

///

    This Order terminates docket entry no. 41. The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: June_8_, 2005

                                          /s/
                                    MARTIN J. JENKINS
                                    UNITED STATES DISTRICT JUDGE