IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ET AL, | No. C04-05324 MJJ |
| Plaintiff, | **ORDER GRANTING MOTION TO REMAND PURSUANT TO NINTH CIRCUIT MANDATE** |
| v. | |
| INLAND PAPERBOARD AND PACKAGING INC, | |
| Defendant. | |

## INTRODUCTION

Before the Court is Plaintiffs' Motion For Remand Pursuant To Ninth Circuit Mandate. (Docket No. 78.) Defendant has not filed an opposition to the Motion within the deadline provided for by Local Rule 7-3(a).

Remand is appropriate. This Court, in April 2005 and May 2005 orders, ruled that Plaintiffs' California Labor Code § 512(a) meal period claim was preempted by Labor Management Relations Act § 301, and on that basis denied Plaintiffs' motion for remand and granted Defendant's motion for summary judgment. In a January 17, 2007 judgment, the Ninth Circuit reversed, and found that this Court lacks jurisdiction, based on the subsequently issued decision in *Valles v. Ivy Hill Corp.*, 410 F.3d 1071, 1082 (9th Cir. 2005), which held that § 301 does not preempt § 512 meal period claims.

The Court declines to exercise its discretion under 28 U.S.C. § 1447(c) to award post-appeal fees and costs to Plaintiffs in connection with the pending motion for remand. Defendant's original

1  removal was not objectively unreasonable.  Though the Court is troubled by Defendant's failure to
2  file an opposition or statement of non-opposition pursuant to Local Rule 7-3, the Court does not find
3  these circumstances warrant an award of fees and costs.
4      For the foregoing reasons, this Court **VACATES** the August 14, 2007 hearing in this matter
5  and **REMANDS** this matter to state court.  The clerk of this Court is **DIRECTED** to send a certified
6  copy of this Order to the clerk of the state court.

**IT IS SO ORDERED.**

Dated:   7/31/2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

2